## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **MARK HUGHES, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 17-cv-02105** |
| **NANCY A. BERRYHILL, Deputy** | ) | |
| **Commissioner of Operations,** | ) | |
| **Social Security Administration,**[1] | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Eric I. Long (d/e 15). Magistrate Judge Long recommends that this Court (1) deny Plaintiff's motion for summary judgment (d/e 10), (2) grant Defendant's motion for affirmance of Defendant's decision (d/e 13), and (3) affirm Defendant's decision to deny Social Security disability benefits to Plaintiff.

---

[1] On March 6, 2018, the Government Accountability Office reported that Ms. Berryhill was not authorized under the Federal Vacancies Reform Act of 1998 to continue serving as the Acting Commissioner of the Social Security Administration (SSA) after November 17, 2017. Ms. Berryhill now leads the SSA as the Deputy Commissioner of Operations.

On September 5, 2018, Plaintiff filed his Objections to the Report and Recommendation of the Magistrate Judge (d/e 16). Defendant filed a response (d/e 17) to Plaintiff's objections on September 12, 2018.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has thoroughly reviewed Magistrate Judge Long's Report and Recommendation, Plaintiff's objections to the Report and Recommendation, and Defendant's response to Plaintiff's objections. Applying a de novo review, the Court agrees with Magistrate Judge Long's recommendations and the analysis underlying those recommendations.

It is, therefore, ORDERED:

**(1)    The Report and Recommendation of United States Magistrate Judge Eric I. Long (d/e 15) is ACCEPTED and ADOPTED.**

**(2)    Plaintiff's motion for summary judgment (d/e 10) is DENIED.**

**(3)** Defendant's motion for affirmance of Defendant's decision (d/e 13) is GRANTED.

**(4)** Defendant's decision to deny Social Security disability benefits to Plaintiff is AFFIRMED.

**(5) THIS CASE IS CLOSED.**

ENTER:  September 27, 2018

*/s/ Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE